UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14038-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

CHRISTOPHER KNOWLES,

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued August 8, 2007 [76]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation issued August 8, 2007 [76] is hereby **ADOPTED**. The defendant Chrstopher Knowles is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of August, 2007.

                        K. MICHAEL MOORE
                        UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record