UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14038-CR-MOORE/LYNCH(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER KNOWLES,

    Defendant.
_____/



FILED by _____ D.C.
MAR - 4 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATIONS SET FORTH IN PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a preliminary hearing on March 4, 2009 in respect to the Petition Alleging Violations of Supervised Release, and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit these violations, this Court recommends to the District Court as follows:

    1.    The Defendant appeared before this Court on March 4, 2009 for a preliminary hearing in respect to a Petition Alleging Violations of Supervised Release. That Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully using or possessing a controlled substance. On November 3, 2008, the supervised release submitted a urine specimen that tested positive for cocaine, and was confirmed by Kroll Laboratory Specialists, Inc. On December 2, 2008, the supervised releasee signed an admission of drug use form, admitting to using cocaine. |

| | |
|---|---|
| **Violation Number 2** | **Violation of Mandatory Condition**, by unlawfully using or possessing a controlled substance. On December 10, 2008, the supervised releasee submitted a urine specimen that tested positive for cocaine and was confirmed by Kroll Laboratory Specialists, Inc. |
| **Violation Number 3** | **Violation of Mandatory Condition**, by unlawfully using or possessing a controlled substance. On December 29, 2008, and January 5, 2009, the supervised releasee submitted urine specimens that tested positive for marijuana and were confirmed by Kroll Laboratory Specialists, Inc. On January 5, 2009, the supervised releasee signed an admission of drug use form admitting to using marijuana and cocaine on December 31, 2008. |
| **Violation Number 4** | **Violation of Mandatory Condition**, by unlawfully using or possessing a controlled substance. On January 21, January 26, 2009, and February 2, 2009, the supervised releasee submitted urine specimens that tested positive for cocaine and marijuana. |
| **Violation Number 5** | **Violation of Special Condition**, by failing to participate in an approved treatment program. On January 17, 2009, the supervised releasee left the Comprehensive Alcoholism Rehabilitation Program, Inc. (CARP), located at 5400 East Avenue, West Palm Beach, Florida, without the permission of staff or this probation officer. |
| **Violation Number 6** | **Violation of Special Condition**, by failing to maintain full time employment, and not be unemployed for a term of more than 30 days. The supervised releasee failed to obtain any employment since he began supervised release on September 11, 2008. |

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit all six violations set forth in the Petition. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to these alleged violations. Further, the Defendant acknowledged that

he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to the six violations set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND ORDERED** this 4TH day of March, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Jennifer Millien
AFPD Fletcher Peacock
USPO Peggy Hobcroft-Bates
U. S. Marshal