UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14038-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),

vs.

**CHRISTOPHER KNOWLES,**

    Defendant(s).

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Defendant's Admission to Violations Set forth in Petition for Violations of Supervised Release issued March 5, 2009 [154]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida this 21st day of April, 2009.

                                          K. MICHAEL MOORE
                                          UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record