UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14038-CR-MOORE/LYNCH(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER KNOWLES,

    Defendant.
_____/



FILED by ___ D.C.

DEC 29 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSION TO VIOLATIONS SET FORTH IN PETITION
FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an initial appearance on December 29, 2009 in respect to the Petition Alleging Violations of Supervised Release, and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit these violations, this Court recommends to the District Court as follows:

    1.    The Defendant appeared before this Court on December 29, 2009 for an initial appearance in respect to a Petition Alleging Violations of Supervised Release. That Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Special Condition**, by failing to reside at and participate in a Residential Re-entry Center for a term of six (6) months. On December 1, 2009, the supervised releasee left the Salvation Army Residential Re-Entry Center located at 1577 North Military Trail, West Palm Beach, Florida, without permission as evidenced by a discharge letter from the Salvation Army, dated December 1, 2009. |
| **Violation Number 2** | **Violation of Standard Condition**, by failing to notify the probation officer at least ten (1) days |

|  |  |
|---|---|
|  | prior to any change in residence. On December 1, 2009, the supervised releasee left the Residential Re-Entry Center located at 1577 North Military Trail, West Palm Beach, Florida, and failed to contact this officer until December 7, 2009. |
| **Violation Number 3** | **Violation of Mandatory Condition**, by unlawfully using or possessing a controlled substance. On December 7, 2009, the supervised releasee submitted a urine specimen that tested positive for marijuana and amphetamines, and was confirmed by Kroll Laboratory Specialists, Inc. On December 9, 2009, the supervised releasee signed an admission of drug use form, admitting to using marijuana and ecstacy. |
| **Violation Number 4** | **Violation of Mandatory Condition**, by unlawfully using or possessing a controlled substance. On December 9, 2009, the supervised releasee submitted a urine specimen that tested positive for cocaine. |

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit all four violations set forth in the Petition. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to these alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to the four violations set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND ORDERED** this 29th day of December, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Rinku Tribuiani
AFPD Panayotta Augustin-Birch
USPO Peggy Hobcroft-Bates
U. S. Marshal